█ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BARBARA SCOTT ROOSEVELT v. PHILIP JAMES ROOSEVELT.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 28, 1961, with notice of argument for the May 1961 Term of this court, said appeal to be argued or submitted at the same time as the appeal taken from the judgment of separa-

tion entered February 15, 1961.    Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.